Anna Gilbert, Respondent, v. Mary Josephson, Appellant.— Judgment and

---

order unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Jaycox, Young, Kapper and Lazansky, JJ.